SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163937)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7324
    Facsimile: (415) 436-6748
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No.** C 07-5413 MMC |
|                   Plaintiff, ) | NOTICE OF CHANGE OF EMAIL ADDRESS |
|       v. ) | |
| APPROXIMATELY $61,505 IN UNITED STATES CURRENCY ) | |
|                   Defendant. ) | |

      Please take notice that the email address for Assistant United States Attorney Susan Gray should be changed from sgray2@usdoj.gov to susan.b.gray@usdoj.gov.

Dated: 12/21/07                                                       Respectfully submitted,

                                                                                 _____/S/_____
                                                                                 Susan B. Gray
                                                                                 Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Change of Email Address

to be served this date via first class mail delivery postage prepaid upon the person(s) below at the place(s) and address(es) which is/are the last known address(es)

David Michael, Esq
101 California Street, Suite 2450
San Francisco, CA 94111
Attorney for Frank Joseph Alioto Jr.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of December 2007, at San Francisco, California.


                              /S/
                              CAROLYN JUSAY
                              Legal Assistant
                              Asset Forfeiture Unit

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28