1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:   415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )
14                                     )       No. C 07-5413 MMC
                    Plaintiff,         )
15                                     )
            v.                         )       CERTIFICATE OF SERVICE
16                                     )
                                       )
17 APPROXIMATELY $61,505 IN UNITED     )
   STATES CURRENCY,                    )
18                                     )
                    Defendant.         )
19                                     )

20       The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers. The undersigned further certifies that she caused a copy of

23        1.      Government Complaint for Forfeiture;

24        2.      Notice of Forfeiture Action;

25        3.      Warrant of Arrest of Property *In Rem;*

26        4.      Case Management Conference Order;

27        5.      Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

28        6.      ADR Dispute Resolution Procedures in the Northern District of California;

1    7.    ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

David Michael, Esq
101 California Street, Suite 2450
San Francisco, CA 94111
Attorney for Frank Joseph Alioto Jr.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __1st__ day of November , 2007, at San Francisco, California.

                                                     /S/
                                    CAROLYN JUSAY
                                    Legal Assistant
                                    Asset Forfeiture Unit

Certificate of Service
C 07- 5413                                          2