JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:   415.436.6748
    Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                 Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> APPROXIMATELY $61,505 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>                 Defendant. ) <br> _____ ) | No. 07-5413 MMC <br><br> STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER <br><br> CASE MANAGEMENT CONFERENCE <br><br> DATE: 2/1/08 <br> TIME: 10:30 A.M. |

    The United States, and Claimant Joseph Alioto, Jr, by and through his attorney, David. M. Michael, submit this joint request to continue the case management conference currently scheduled in the above entitled case from February 1, 2008, to April 25, 2008, for the reasons set forth below.

    This is a civil forfeiture action brought against approximately $61,505 in United States Currency seized from Frank Alioto, Jr. at the San Francisco Airport on May 30, 2007. The complaint was filed on October 23, 2007, and Frank Alioto, Jr. filed a claim and answer

1  contesting forfeiture on January 22, 2008.

2       The complaint sets forth the details of the May 30, 2007 seizure of the defendant currency
3  from claimant Frank Alioto, Jr.  It also sets forth facts concerning another seizure of funds
4  ($34,320) from Frank Alioto, Jr which took place at the Oakland Airport on August 16, 2007.
5  (¶29,30,31) The second seizure was not charged in the initial complaint because the funds were
6  then in the administrative forfeiture process and if no claim was filed, a judicial forfeiture
7  proceeding would not have been necessary.   However, Frank Alioto, Jr. did file an administrative
8  claim and the case was referred to the United States Attorney's office for civil forfeiture.

9       On January 17, 2008, the United States filed a complaint seeking forfeiture of the
10 defendant ($34,320) which was seized at the Oakland Airport on August 16, 2007. The complaint
11 was assigned to Judge Conti. (CV-08-0318 SC) The complaint sets forth the same facts regarding
12 the first and second currency seizures alleged in the first complaint, with a few additions in
13 paragraphs 29, 30 and 31.  No claim or answer has been filed in the second seizure, but Frank
14 Alioto, Jr. intends to appear in that case and file a claim and answer to contest the forfeiture.

15      Given the similar and overlapping nature of the parties, facts and legal issues, the parties
16 have agreed that they will file a stipulated request to relate the cases once Frank Alioto Jr. has
17 formally appeared in the case before Judge Conti.  The parties anticipate this should occur within
18 the next 30 days.

19      Therefore, the parties request the case management conference currently scheduled before
20 this Court on February 1, 2008, be continued until April 25, 2008, at !0:30 a.m.  This will allow
21 Frank Alioto, Jr. to appear in the case before Judge Conti, the parties to file a stipulated request to
22 relate the case to this Court,  and this Court to determine if the cases should be related.

23

24                    Respectfully submitted,

25                    JOSEPH P. RUSSONIELLO
                      United States Attorney
26
   Dated:  January 23, 2008        _____/S/_____
27                    SUSAN B. GRAY
                      Assistant United States Attorney
28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
No. 07-5413 MMC                         2

1  Dated: January 23, 2008

3                                      /S/
                            DAVID. M. MICHAEL, ESQ.
                            Attorney for Claimant Frank Joseph Alioto, Jr.

[PROPOSED] ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the Case Management Conference in the above-entitled case is continued from February 1, 2008, at 10:30 a.m. to April 25, 2008, at 10:30 a.m., with a Joint Case Management Statement to be filed by the parties no later than seven (7) days prior to said conference.

                            MAXINE M. CHENEY
                            United States District Judge