1   JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

4   SUSAN  B. GRAY (CSBN 100374)
Assistant United States Attorney

5

6       450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

7       Telephone: 415.436.7324
Facsimile:  415.436.6748

8       Email: Susan.B.Gray@usdoj.gov

   Attorneys for United States of America

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )
                                         )       No. 07-5413 MMC
15                         Plaintiff,    )
                                         )
16            v.                         )
                                         )       STIPULATED REQUEST TO CONTINUE
17   APPROXIMATELY $61,505 IN UNITED     )       CASE MANAGEMENT CONFERENCE;
     STATES CURRENCY,                    )       [PROPOSED] ORDER
18                                       )
                           Defendant.    )       CASE MANAGEMENT CONFERENCE
19   _____)
                                                 DATE:2/1/08
20
                                                 TIME:10:30 A.M.
21

22       The United States, and Claimant Joseph Alioto, Jr, by and through his attorney, David. M.

23   Michael, submit this joint request to continue the case management conference currently

24   scheduled in the above entitled case from February 1, 2008, to April 25, 2008, for the reasons set

25   forth below.

26       This is a civil forfeiture action brought against approximately $61,505 in United States

27   Currency seized from Frank Alioto, Jr. at the San Francisco Airport on May 30, 2007.  The

28   complaint was filed on October 23, 2007, and Frank Alioto, Jr. filed a claim and answer

1  contesting forfeiture on January 22, 2008.

2      The complaint sets forth the details of the May 30, 2007 seizure of the defendant currency

3  from claimant Frank Alioto, Jr.  It also sets forth facts concerning another seizure of funds

4  ($34,320) from Frank Alioto, Jr which took place at the Oakland Airport on August 16, 2007.

5  (¶29,30,31) The second seizure was not charged in the initial complaint because the funds were

6  then in the administrative forfeiture process and if no claim was filed, a judicial forfeiture

7  proceeding would not have been necessary.   However, Frank Alioto, Jr. did file an administrative

8  claim and the case was referred to the United States Attorney's office for civil forfeiture.

9      On January 17, 2008, the United States filed a complaint seeking forfeiture of the

10  defendant ($34,320) which was seized at the Oakland Airport on August 16, 2007. The complaint

11  was assigned to Judge Conti. (CV-08-0318 SC) The complaint sets forth the same facts regarding

12  the first and second currency seizures alleged in the first complaint, with a few additions in

13  paragraphs 29, 30 and 31.  No claim or answer has been filed in the second seizure, but Frank

14  Alioto, Jr. intends to appear in that case and file a claim and answer to contest the forfeiture.

15      Given the similar and overlapping nature of the parties, facts and legal issues, the parties

16  have agreed that they will file a stipulated request to relate the cases once Frank Alioto Jr. has

17  formally appeared in the case before Judge Conti.  The parties anticipate this should occur within

18  the next 30 days.

19      Therefore, the parties request the case management conference currently scheduled before

20  this Court on February 1, 2008, be continued until April 25, 2008, at !0:30 a.m.  This will allow

21  Frank Alioto, Jr. to appear in the case before Judge Conti, the parties to file a stipulated request to

22  relate the case to this Court,  and this Court to determine if the cases should be related.

23

24                              Respectfully submitted,

25                              JOSEPH P. RUSSONIELLO
                                United States Attorney
26
Dated:  January 23, 2008        _____/S/_____
27                                        SUSAN B. GRAY
                                Assistant United States Attorney
28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
No. 07-5413 MMC                              2

1    Dated:  January 23, 2008

2
                                    /S/
3                          _____
                           DAVID. M. MICHAEL, ESQ.
4                          Attorney for Claimant Frank Joseph Alioto, Jr.

5

6                                [PROPOSED] ORDER

7            GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby

8    ordered that the Case Management Conference in the above-entitled case is continued from

9    February 1, 2008, at 10:30 a.m. to April 25, 2008, at 10:30 a.m., with a Joint Case Management

10   Statement to be filed by the parties no later than seven (7) days prior to said conference.

11

12      Dated:  January 24, 2008

13                                          MAXINE M. CHENEY
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
No. 07-5413 MMC                                3