1  **DAVID M. MICHAEL, SBN 74031**
   **LAW OFFICES OF DAVID M. MICHAEL**
2  **101 California Street, Suite 2450**
   **San Francisco, CA 94111**
3  **Telephone:   (415) 946-8996**
   **Facsimile:    (877) 538-6220**
4  **E-mail:        dmmp5@aol.com**

5  **Attorney for Claimant**
   **FRANK JOSEPH ALIOTO**

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA

10         Plaintiff,                           No. C 07 5413 MMC
   v.
11
   APPROXIMATELY $61,505.00                     **JOINT NOTICE OF RELATED**
12 IN UNITED STATES CURRENCY,                   **CASES AND REQUEST FOR**
                                                **ASSIGNMENT BEFORE THE**
13         Defendant.                           **SAME COURT**
   _____/            **[Civil L.R. 3-12]**
14 FRANK JOSEPH ALIOTO,

15         Claimant.
   _____/.
16
   UNITED STATES OF AMERICA
17
           Plaintiff,                           No. CV 08 0318 SC
18 v.

19 APPROXIMATELY $34,320 IN
   UNITED STATES CURRENCY,
20
           Defendant.
21 _____/
   FRANK JOSEPH ALIOTO,
22
           Claimant.
23 _____/.

24

25      Claimant, FRANK JOSEPH ALIOTO, by and through his attorney, DAVID

26 MICHAEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its attorney,

27 SUSAN B. GRAY, hereby give notice that these two civil forfeiture cases are related within

28
   JOINT NOTICE OF RELATED CASES AND REQUEST FOR ASSIGNMENT BEFORE THE SAME COURT
   CASE NO. C 07 5413 MMC and Case No. No. CV 08 0318 SC

the meaning of Civil Local Rule 3-12 and request that, for the reasons set forth herein, these matters be consolidated before The Honorable Maxine Chesney, in the first filed case, C 07 5413 MMC.

The first filed case is the civil forfeiture case, Case No. C 07 5413 MMC, which was filed on 23 October 2007, arising from a seizure of currency from Claimant Frank Alioto as he deplaned from a Delta Airlines flight at San Francisco International Airport on 30 May 2007. The second filed case is the civil forfeiture case, Case No. CV 08 0381 SC, which was filed on 08 January 2008, arising from a second seizure of currency from Claimant Frank Alioto, as he deplaned from another Delta Airlines flight at Oakland International Airport on 16 August 2007. These seizures were made by agents from the Drug Enforcement Administration (DEA). Special Agent William Byrd was the DEA agent involved in both seizures and the same narcotics detection canine was used in both seizures. The complaints in both cases describe both seizures, with only a few additional facts regarding the second seizure added to the complaint in the case before this court. In both cases, the government seeks forfeiture of the seized funds pursuant to 21 U.S.C. § 881(a)(6), as funds either furnished or intended to be furnished in exchange for a controlled substance or as proceeds traceable to such an exchange.

As provided in that Rule, and in light of the above facts, it appears likely that there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different Judges (Rule 3-12.1(b)(2)) and assignment to a single Judge is likely to conserve judicial resources and promote an efficient determination of the actions. Rule 3-12.1(c)(3).

Therefore, the parties herein jointly request that these two cases be consolidated pursuant to Civil Local Rule 3-12 and request that, for the reasons set forth herein, they be consolidated before The Honorable Maxine Chesney, in the first filed case, C 07 5413 MMC.

It is further requested that, if the Court relates these cases as requested, that the present Case Management Conference date of 25 April 2008 be maintained as the Case Management Conference for both cases.

JOINT NOTICE OF RELATED CASES AND REQUEST FOR ASSIGNMENT BEFORE THE SAME COURT
CASE NO. C 07 5413 MMC and Case No. No. CV 08 0318 SC

Dated: 28 January 2008

                    Respectfully submitted,

                    s/ DAVID M. MICHAEL
                    DAVID M. MICHAEL, CSB #74031
                    Law Offices of David Michael
                    101 California Street, Suite 2450
                    San Francisco, CA 94111
                    Telephone:  (415) 946-8996
                    Facsimile:   (877) 538-6220
                    E-mail:      dmmp5@aol.com

                    Attorney for Claimant
                    FRANK JOSEPH ALIOTO, Jr.

Dated: 28 January 2008

                    S/SUSAN B.GRAY
                    SUSAN B. GRAY CSB #100374
                    Office of the U.S. Attorney
                    450 Golden Gate Avenue
                    San Francisco CA 94102
                    Telephone: (415) 436-7324
                    Facsimile:  (415) 436-6748
                    Email:       Susan.B.Gray@usdoj.gov

JOINT NOTICE OF RELATED CASES AND REQUEST FOR ASSIGNMENT BEFORE THE SAME COURT
CASE NO. C 07 5413 MMC and Case No. No. CV 08 0318 SC