**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A "Joint Notice of Related Cases and Request for Assignment before the Same Court" has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

**C 07-5413 MMC**   United States of America v. Approximately $61,505 in United States Currency

**C 08-0318 SC**    United States of America v. Approximately $34,320 in United States Currency

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Counsel are instructed that all future filings in this reassigned case are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED:** January 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge