IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-5413 MMC |
| Plaintiff, | **ORDER DIRECTING CLAIMANT TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| APPROXIMATELY $61,505 IN UNITED STATES CURRENCY, | |
| Defendant. | |

On January 22, 2008, claimant Frank Joseph Alioto electronically filed his Answer and, separately, Verified Claim. Claimant has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Claimant is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced documents. Claimant is hereby advised that if it fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may

1  impose sanctions, including, but not limited to, striking from the record any electronically-
2  filed document of which a chambers copy has not been timely provided to the Court.
3
4  **IT IS SO ORDERED.**
5  Dated: February 1, 2008
                                    MAXINE M. CHESNEY
                                    United States District Judge

2