## CIVIL MINUTES

### Judge MAXINE M. CHESNEY

Date: APR [illegible]

C- 07- 5413 -MMC

United States   v   $61,505 in US Currency

Attorneys:   Susan Gray     Edward Burch

Deputy Clerk: **TRACY LUCERO**     Reporter: Not Reported

**PROCEEDINGS:**     **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Joint statement due by 9/12/08.

( ) ORDER TO BE PREPARED BY:   Plntf___   Deft___   Court___

( ) Referred to Magistrate For: _____
( ) By Court
(✓) CASE CONTINUED TO  9/19/08 @ 10:30  for  Continued Case Management Conference

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ___ days
        Type of Trial: ( )Jury   ( )Court
Notes: _____

(2 min)