DAVID M. MICHAEL, SBN 74031
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:       dmmp5@aol.com

EDWARD M. BURCH, SBN 255470
12 Oakwood St. #8
San Francisco, CA 94110
Telephone: (415) 518-0498
Facsimile: (877) 767-3821
E-mail: emikeb11@aol.com

Attorneys for Claimant
FRANK JOSEPH ALIOTO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-5413 MMC |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE** |
| APPROXIMATELY $61,505.00 IN UNITED STATES CURRENCY, | |
| Defendant. | Date:  25 July 2008 |
| _____/ | Time:  9:00 a.m. |
| FRANK JOSEPH ALIOTO, | Dept:  Courtroom 7, 19th Floor |
| Claimant. | |
| _____/ | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that on the date and at the time indicated above, or as soon thereafter as the matter may be heard, claimant Frank Joseph Alioto, by and through counsel, will and hereby does move this Court for an Order suppressing evidence.

Pursuant to Rules 12 and 47 of the Federal Rules of Criminal Procedure, claimant moves to suppress any and all evidence seized, along with the fruits thereof, as a result of the warrantless search of his person and luggage, on or about June 30, 2004.

The motion to suppress evidence seized pursuant to the warrantless search of the truck is made on the ground that the government will not be able to satisfy its burden of justifying the warrantless search and seizure, thus, it was conducted in violation of Claimant's rights to be free from unreasonable searches and seizures as guaranteed by the Fourth Amendment of the United States Constitution.

This motion to suppress is based on this notice, the memorandum of points and authorities and declaration filed herewith, on such supplemental points and authorities as may be hereafter filed with this Court or orally presented, on the records and files in this action, and on such oral and documentary evidence as may be presented at the hearing.

Dated: 20 June 2008

Respectfully submitted,

S/DAVID M. MICHAEL
DAVID M. MICHAEL
Attorney for Claimant
FRANK JOSEPH ALIOTO

1
2 **CERTIFICATE OF ELECTRONIC FILING**
3     The undersigned hereby certifies that, on 20 June 2008, he caused to be electronically
4 filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a
5 notice of electronic filing to the following:
6
7 Susan B. Gray CSB 100374
Office of the U.S. Attorney
8 450 Golden Gate Avenue
San Francisco CA 94102
9 Susan.B.Gray@usdoj.gov
10
11
12
13                    S/DAVID M. MICHAEL
                     DAVID M. MICHAEL
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28