DAVID M. MICHAEL, SBN 74031
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:       dmmp5@aol.com

EDWARD M. BURCH, SBN 255470
12 Oakwood St. #8
San Francisco, CA 94110
Telephone: (415) 518-0498
Facsimile: (877) 767-3821
E-mail: emikeb11@aol.com

Attorneys for Claimant
FRANK JOSEPH ALIOTO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 07-5413 MMC |
| v. | **[PROPOSED] ORDER ON MOTION TO SUPPRESS EVIDENCE** |
| APPROXIMATELY $61,505.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| _____/ | |
| FRANK JOSEPH ALIOTO, | |
| Claimant. | |
| _____/ | |

1. After hearing and oral argument on Claimant's motion to suppress,
2. IT IS HEREBY ORDERED that
3. Claimant's motion to suppress is granted in that the government has not satisfied its burden of justifying its warrantless search and seizure of Claimant's property and that, therefore, such seizure was conducted in violation of Claimant's rights to be free from unreasonable searches and seizures as guaranteed by the Fourth Amendment of the United States Constitution.
4. Dated:

_____
Hon. MAXINE M. CHESNEY
Judge of the US District Court

-3-

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that, on 20 June 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Susan B. Gray CSB 100374
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
Susan.B.Gray@usdoj.gov

                                                S/DAVID M. MICHAEL
                                                DAVID M. MICHAEL