JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>1. APPROXIMATELY $61,505.00 IN UNITED STATES CURRENCY.<br><br>Defendant.<br><br>FRANK JOSEPH ALIOTO, JR.,<br><br>Claimant. | Nos. C-07-5413 MMC<br><br>**STIPULATION RESETTING MOTION HEARING** |

    Plaintiff, United States of America and Claimant, Frank Joseph Alioto, Jr., respectfully submit this Stipulation to continue the date for a hearing on Claimant's Motion to Suppress Evidence from July 25, 2008 to August 8, 2008.

    Claimant's Motion to Suppress is currently scheduled before the Court for July 25, 2008. The United States's opposition is due July 3, 2008, with Claimant's reply due July 11, 2008. Counsel for the United States has just returned from a two week absence from the office and will be out of the office again until July 1. Counsel for Claimant will be out of the country for three weeks. Given these travel schedules, the parties request that the hearing on the Motion to Suppress be continued to August 8, 2008, with the United States Opposition due July 18 and the

-2-

1  Claimant's Reply due July 25, 2008 at 9:00 a.m..

 

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 26, 2008

*/s/ Susan B. Gray*
SUSAN B. GRAY
Assistant United States Attorney

Dated: June 26, 2008

_____
DAVID. M. MICHAEL, ESQ.
Attorney for Claimant, Frank Joseph Alioto, Jr.

IT IS SO ORDERED.

_____
Maxine M. Chesney
United States District Judge

1 | Claimant's Reply due July 25, 2008 at 9:00 a.m..

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 26, 2008

SUSAN B. GRAY
Assistant United States Attorney

Dated: June 26, 2008

DAVID M. MICHAEL, ESQ.
Attorney for Claimant, Frank Joseph Alioto, Jr.

IT IS SO ORDERED.

Maxine M. Chesney
United States District Judge

Stipulation                    -2-