UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07- 5413-MMC |
| Plaintiff, ) | |
| v. ) | UNITED STATES' (Proposed) ORDER DENYING CLAIMANT'S TO MOTION TO SUPPRESS |
| APPROXIMATELY $61,505 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | |
| FRANK JOSEPH ALIOTO, JR., ) | |
| Claimant. ) | |

GOOD CAUSE APPEARING, the Motion to Suppress, filed by Claimant, Frank Joseph Alioto, Jr., is DENIED.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE