DAVID M. MICHAEL, SBN 74031
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:      dmmp5@aol.com

EDWARD M. BURCH, SBN 255470
12 Oakwood St. #8
San Francisco, CA 94110
Telephone: (415) 518-0498
Facsimile: (877) 767-3821
E-mail: emikeb11@aol.com

Attorneys for Claimant
FRANK JOSEPH ALIOTO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $61,505.00
IN UNITED STATES CURRENCY,

    Defendant.
_____/

FRANK JOSEPH ALIOTO,

    Claimant.
_____/

No. C 07-5413 MMC

**EXHIBIT A TO CLAIMANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE**

**U.S. Department of Justice**
Drug Enforcement Administration

### REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Willie Byrd  At: SFFD/TF-2 SFIA | ☒ ☐ ☐ | ▓▓▓▓▓ | 6. File Title ▓▓▓▓▓ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | ☐ ☐ | | 8. Date Prepared  12/27/07 | |

9. Other Officers:

10. Report Re: Case Status 12-26-2007

**DETAILS**

1. On December 21, 2007, S/A Willie Byrd was informed by Asset Removal Specialist, Markalekzandre Bustos via email that the case involving the seizure of $61,505.00 is an active judicial case. According to Bustos, this case is still pending judicial forfeiture proceeding.

2. This case shall remain in the open status until all civil matters relating to this forfeiture have been completed.

**INDEXING**

1. ALIOTO, Frank Joseph, Jr. - ▓▓▓▓▓▓▓▓▓▓

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division | Special Agent Willie Byrd | 122707 |
| District | 14. Approved (Name and Title)  John J. Martin  Group Supervisor | 15. Date  01-02-2008 |
| Other ▓▓ | | |

DEA Form - 6
(Jul. 1996)
CASE STATUS 12-26-2007

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.


E-MAILED 1/3/08

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Willie Byrd  At: SFFD/TF-2 SFIA | ☒ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  09/18/07 | |

9. Other Officers:

10. Report Re: Case Status 09-18-2007

### DETAILS

1. On September 18, 2007, S/A Willie Byrd was informed by Asset Removal Specialist, Markalekzandre Bustos via email that the case involving the seizure of $61,505.00 is an active judicial case. According to Bustos, this case is still pending judicial forfeiture proceeding.

2. This case shall remain in the open status until all civil matters relating to this forfeiture have been completed.

### INDEXING

1. ALIOTO, Frank Joseph, Jr. -

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  Special Agent Willie Byrd | 13. Date  09/19/07 |
|---|---|---|
| | 14. Approved (Name and Title)  John J. Martin  Group Supervisor | 15. Date |

DEA Form - 6
(Jul. 1996)

CASE STATUS 09-18-2007

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

E-MAILED


0003

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code | 2. Cross Related Files File | 3. File No. ▬▬▬ | 4. G-DEP Identifier ▬▬▬ |
|---|---|---|---|
| 5. By: SA Jay Dial  At: SFFD/TF-2 SFIA | ☐ ☐ ☐ ☐ | 6. File Title ▬▬▬ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  06/29/07 | |

9. Other Officers: GS John J. Martin

10. Report Re: Case Status.

### DETAILS

1. On May 30, 2007, Task Force 2 seized $61,505.00 U.S. Currency, Exhibit N-1, from Frank ALIOTO in the San Francisco International Airport. N-1 is currently pending forfeiture proceedings.

2. GS John J. Martin has reviewed this case file and has found no discrepancies.

### INDEXING

1. ALIOTO, Frank Joseph, Jr. - ▬▬▬

| 11. Distribution:  Division  District  Other ▬ | 12. Signature (Agent)  SA Jay Dial /s/ | 13. Date  6/29/07 |
|---|---|---|
| | 14. Approved (Name and Title)  John J. Martin  Group Supervisor /s/ | 15. Date  06-29-2007 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

2007 06 29 Case Status.
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.


E-MAILED
06/29/07

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 1

1. Program Code
2. Cross File    Related Files
3. File No.
4. G-DEP Identifier
5. By: S/A Willie Byrd
   At: SFFD/TF-2 SFIA
6. File Title
7. ☐ Closed  ☐ Requested Action Completed
   ☐ Action Requested By:
8. Date Prepared: 06/04/07
9. Other Officers:
10. Report Re: Employment History

### DETAILS

1. On June 4, 2007, S/A Willie Byrd obtained information from JoAnne Wallenhorst of the California Employment Development Department regarding employee histories for Frank ALIOTO, Jr. According to Wallenhorst, ALIOTO show no reported wages.

### INDEXING

ALIOTO, Frank Joseph, Jr: ███████

11. Distribution:
    Division
    District
    Other
12. Signature (Agent): Special Agent Willie Byrd
13. Date: 060407
14. Approved (Name and Title): John J. Martin, Group Supervisor
15. Date: 06-04-2007

DEA Form - 6 (Jul. 1996)    DEA SENSITIVE
EMPLOYMENT HISTORY    Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

E-MAILED

0005

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 8

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: S/A Willie Byrd  At: SFFD/TF-2 SFIA | ☒ ▪▪▪▪▪ | 6. File Title ▪▪▪▪▪ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  05/30/07 | |

9. Other Officers: S/A Jay Dial, TFA Steve Maes, TFA Kevin O'Malley, TFA Marty Mahon, and SSFPD Det. Bob Collins

10. Report Re: Case Summary-Seizure of $61,505.00 (N-1) in U.S. Currency from Frank ALIOTO on 05-30-07 at SFIA

**DEFENDANTS**       None to Report.

**VIOLATIONS**        21 United States Code, Section 881 (a) (6)

**JUDICIAL DISTRICT**  Northern District of California

**DATE/TIME/PLACE**   May 30, 2007, at approximately 1:20 p.m., San Francisco International Airport

**DRUG EXHIBITS**     None to Report.

**NON-DRUG EXHIBITS** Exhibit N-1, $61,505.00 U.S. Currency

**DETAILS**

1. On May 29, 2007, at approximately 10:15 a.m., S/A Willie Byrd received a telephone call from a Confidential Source ▪▪▪▪▪ (hereafter referred to as CS) regarding suspicious travel. The CS stated that Frank ALIOTO was flying on a round trip from Atlanta, GA to San Francisco International Airport (SFIA) with no check in luggage. ALOITO was scheduled to depart SFIA on May 25, 2007 and return to SFIA on May 28, 2007.  According to the CS, ALIOTO made the reservation the day before travel and paid approximately $1,900.00 in cash for the first class ticket. ALIOTO changed his returned flight three times. ALIOTO changed his itinerary the day before travel to

| 11. Distribution:  Division  District  Other ▪▪▪ | 12. Signature (Agent)  Special Agent Willie Byrd | 13. Date  060407 |
|---|---|---|
| | 14. Approved (Name and Title)  John J. Martin  Group Supervisor | 15. Date  06-04-2007 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

05-30-2007 CASE SUMMARY
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.


E-MAILED

U.S. Department of Justice
Drug Enforcement Administration

0006

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ■■■ | 2. G-DEP Identifier ■■■ |
|---|---|---|
| | 3. File Title ■■■ | |
| 4. Page 2 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

return to SFIA on Delta Airlines Flight #611. ALIOTO's flight was due to arrive in San Francisco, CA on May 30, 2007 at approximately 12:56 p.m. ALIOTO traveled with no check in luggage.

2.  The CS informed S/A Byrd that ALIOTO had a documented incident with a Delta Airline front counter agent. The incident took place in June 2006 when ALIOTO had a disagreement with a front counter agent. The front counter agent informed ALIOTO he would have to have his luggage checked in because it was oversized. ALIOTO stated the luggage was a carry-on and requested to speak with a supervisor. The supervisor informed ALIOTO that the luggage was oversized and would have to have it checked in at no additional charge. ALIOTO then pulled the front counter agent to the side and attempted to bribe the front counter agent with a one hundred dollar bill.

3.  S/A Byrd conducted a commercial data base and NCIC check on ALIOTO. A commercial data base search revealed that ALIOTO resided at 1318 Rosario St., Davis, CA 95618 and had a California Driver's License number B6425646. A NCIC check revealed that ALIOTO was a white male, 5'11", 185 lbs., brown hair, and hazel eyes with the date of birth of October 21, 1977. Records showed that ALIOTO had seven drug arrests and three drug convictions. ALIOTO had a misdemeanor conviction in Sacramento for possession of controlled substance in 2003 and was sentenced to 36 months probation and 90 days jail. ALIOTO had a misdemeanor conviction in Fulton County Georgia for possession of marijuana less than one ounce in 2005 and was confined for 12 months and credited with time served. ALIOTO had a misdemeanor conviction in Lancaster Texas for possession of marijuana less than two ounces in 2005 and was held for an undetermined amount of time.

4.  NCIC records further showed that ALIOTO was arrested on May 26, 2007 in Myrtle Beach South Carolina. S/A Byrd contacted Myrtle Beach Police Department (MBPD) Records Division. S/A Byrd received discharge and arrest property records from MBPD Records Division via fax. The discharge record revealed that ALIOTO was arrested for operating an unregistered vehicle, no proof of ownership, no valid driver's license, and speeding (48 in 25). ALIOTO posted bond in the amount of $668.00 in cash. The arrest property record revealed that

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice  
Drug Enforcement Administration

0007

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▇▇▇▇ | 2. G-DEP Identifier ▇▇ |
|---|---|---|
| | 3. File Title ▇▇▇▇ | |
| 4. Page 3 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

ALIOTO had a total of $2,731.00 cash in his possession during the time of the arrest. The arrest property record listed ALIOTO's employer or occupation as family restaurant.

5. On May 30, 2007, at approximately 12:30 p.m., DEA Task Force 2 conducted surveillance in San Francisco International Airport at Gate C40 in the anticipation of the arrival of Delta Airline Flight #611 and observing ALIOTO exit the plane.

6. At approximately 12:56 p.m., Delta Airline Flight #611 arrived at Gate C40.

7. At approximately 1:00 p.m., DEA Task Force 2 agents observed ALIOTO exit Gate C40. ALIOTO was seated in first class and was the second passenger to exit Gate C40. Agents recognized ALIOTO from his California Department of Motor Vehicles driver's license photo shown at the operational briefing. ALIOTO was observed talking on a cellular and carrying a brown leather gym bag and a matching small roller luggage. ALIOTO proceeded to walk towards the secured check point exit. DEA Task Force 2 maintained foot surveillance.

8. Shortly after, ALIOTO exited the secured check point and proceeded to walk down the escalators that lead to the baggage claim carousels. DEA Task Force 2 maintained foot surveillance.

9. ALIOTO exited out the doors that lead to Delta's curbside pickup. ALIOTO continued to talk on the cellular phone as he walked to the curbside. S/A Willie Byrd and TFA Steve Maes approached ALIOTO from behind and identified themselves as Agents with the DEA by showing ALIOTO their issued credentials and conducted a consensual encounter with ALIOTO. ALIOTO replied "woo you guys scared me". S/A Byrd advised ALIOTO that he was not under arrest and was free to go. TFA Maes asked ALIOTO if he would answer some questions. ALIOTO replied "yes, but my ride will be here shortly". ALIOTO informed agents that he needed to appear at KMEL radio station for a promotional event and was running late. Agents reassured ALIOTO that the consensual encounter would not take long. **AGENTS NOTE:** *ALIOTO's plane was*

DEA Form - 6a  
(Jul. 1996)

DEA SENSITIVE  
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

0008

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 4 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

scheduled to arrive at 1:16 p.m. and arrived twenty minutes earlier at 12:56 p.m.

10. S/A Byrd asked ALIOTO if he could see some identification. ALIOTO replied "yes" and provided S/A Byrd with a California Driver's License #B6425646. S/A Byrd observed the California Driver's License to be of ALIOTO's likeness and returned the driver's license back to ALIOTO.

11. TFA Maes asked ALIOTO about his travel itinerary. ALIOTO stated that he had flown in from Atlanta, Georgia. ALIOTO informed agents that he had flown to Atlanta on May 25th then he flew to Myrtle Beach, South Carolina for the "Black Motorcycle Weekend" on May 26th and returned to Atlanta on May 28th.

12. TFA Maes asked ALIOTO if he currently had illegal drugs or a large amount of U.S. Currency in his possession. ALIOTO stated that he had approximately $25,000 U.S. currency inside of his luggage. Afterwards, ALIOTO explained to agents that his grandfather was a former mayor of San Francisco, California and that his mother was named Joan and he had an aunt named Angela. **AGENTS NOTES:** *Agents never asked ALIOTO about his family. Joe Alioto was the mayor of San Francisco from 1968-1976. Angela Alioto was a San Francisco Supervisor from 1988-1996. Michela Alioto-Pier is a current San Francisco Supervisor that represents Distict 2 and is related to Joe and Angela Alioto.*

13. At approximately 1:09 p.m., a silver 750i BMW with paper tags parked curbside in front of ALIOTO. ALIOTO told agents that the BMW was his ride home. TFA Maes asked ALIOTO if agents could search his luggage for the U.S. Currency or illegal narcotics. ALIOTO replied "no, I'm late and my ride is here". S/A Byrd explained to ALIOTO that agents had enough reasonable suspicion to believe the luggage contained narcotics or currency that was possible proceeds of narcotic transactions. S/A Byrd told ALIOTO that he was still free to go but agents were temporarily detaining the luggage to run a canine over the two luggage pieces. Afterwards, a search warrant would be obtained on the luggage pieces. ALIOTO stated "go get the dog".

DEA Form    - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

0009

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ████ | 2. G-DEP Identifier ████ |
|---|---|---|
| | 3. File Title ████ | |
| 4. Page 5 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

14. TFA Maes explained to the driver of the BMW that ALIOTO was not under arrest and was not in any trouble. The driver asked how long will it take and TFA Maes told him approximately five minutes and asked the driver his name. The driver was reluctant and stated "Joe" and refused to give his last name. Afterwards, the driver stated he wanted to find a parking space for the BMW and wait until ALIOTO's consensual encounter was concluded. The driver of the BMW drove away and was later identified as Jonas TEELE. **AGENT NOTES:** *Hawaii DEA had a K-9 alert to a FedEx parcel on April 17, 2006 which was addressed to 6455 Melville Dr., Oakland, CA 94611. The package was found to contain approximately $35,000.00 in U.S. Currency wrapped in a heat sealed bag. The sender's address was non-existent. The receiver was shown as a Laura OLIVER. OLIVER is the mother of TEELE's child and TEELE is the owner of the address the parcel was being sent to. OLIVER signed a disclaimer of title and interest for the currency.*

15. At the same time that TFA Maes was talking with TEELE, S/A Byrd called TFA Marty Mahon to respond to the location with his certified narcotic detection canine "Maximus" to examine the two luggage pieces. Shortly after, TFA Mahon responded to the location with Maximus. Maximus alerted to the luggage indicating the presence of narcotics, as witnessed by S/A Byrd. ALIOTO stated that Maximus alerted to the luggage because "legal marijuana" was previously carried inside of the luggage. Agents asked ALIOTO if he had a medical cannabis card and ALIOTO replied "no".

16. S/A Byrd asked ALIOTO again if agents could search his luggage. ALIOTO replied "go ahead and search the bags. There aren't any drugs in it". S/A Byrd searched the luggage pieces while TFA Maes interviewed ALIOTO.

17. ALIOTO told TFA Maes that he currently owned a record company with TEELE called Wash House Records. ALIOTO claimed that he makes approximately $10,000 to $15,000 a month from the company. ALIOTO explained to agents that he sold "five beats" to Lil Jon (a well known music rapper) and "five beats" to Lil Jon's associates. ALIOTO was unable to provide contact numbers or names for anyone he sold

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

| U.S. Department of Justice | | 0010 |
|---|---|---|
| Drug Enforcement Administration | | |

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ███ | 2. G-DEP Identifier ███ |
|---|---|---|
| | 3. File Title ███ | |
| 4. Page 6 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

"beats" to and would not tell agents how much he sold each "beat" for. ALIOTO stated "the amount of the beats varies". **AGENTS NOTE:** *ALIOTO's occupation differed from what he reported to law enforcement officers in Myrtle Beach, South Carolina.*

18. TFA Maes asked ALIOTO what financial institution he belonged to. ALIOTO stated that he did not have a bank account and did not believe in banks. TFA Maes asked ALIOTO what he planned to do with the money he had in his possession and ALIOTO claimed that he planned to keep it at his mother's residence. TFA Maes asked ALIOTO if he had ever been arrested. ALIOTO replied that he had only been arrested for vandalism and "this weekend for a suspended DL". **AGENTS NOTES:** *ALIOTO was untruthful about his arrest history and had been arrested numerous times. ALIOTO never mentioned that he had been arrested for drug possessions.*

19. S/A Byrd searched ALIOTO's brown leather gym bag. S/A Byrd opened the main compartment of the leather gym bag and found a white plastic bag that contained numerous large bundles of U.S. Currency bound together with rubber bands. S/A Byrd continued to search the leather gym bag and located a pair of tennis shoes. S/A Byrd inspected the tennis shoes and found one large bundle of U.S. Currency bound together with rubber bands inside of each shoe. S/A Byrd continued to search the leather gym bag and found a gray tennis shoe bag that contained a pair of tennis shoes and two large bundles of U.S. Currency bound together with rubber bands.

20. S/A Byrd then searched ALIOTO's matching small brown roller luggage. While searching the main compartment of the luggage, S/A Byrd observed two Western Union customer receipts. On May 29, 2007, ALIOTO made a $500.00 payment on account number 4862362684169108 to Capital One Card Services in Capone, Virginia. On the same date, ALIOTO made a $700.00 payment on account number 5440455040737515 to Orchard Bank HSBC in Cloud, Oregon.

21. S/A Byrd continued to search the main compartment of the roller luggage and found multiple large bundles of U.S. Currency bound together with rubber bands along the side of the compartment. S/A

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 7 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

Byrd located a pair of tan pants. S/A Byrd found multiple large bundles of U.S. Currency bound together with rubber bands inside of both front pockets of the tan pants. **AGENT NOTE:** *S/A Byrd found a total of 25 bundles from the luggage pieces. 3 bundles of $5, 18 bundles of $10, and 4 bundles of $20.*

22. TFA Maes explained to ALIOTO that he was going to seize the currency pending further investigation. ALIOTO was given a DEA-12 for an undetermined amount of currency pending an official bank count. ALIOTO departed the airport in a taxi. **AGENT NOTES:** *SFPD Officer Molver spoke with the taxi cab driver that drove ALIOTO to San Francisco. The taxi cab driver stated that ALIOTO was very nervous and requested to be dropped off in Oakland. The cab driver feared he would be "stiffed" on the fare and denied the request. ALIOTO then requested to be dropped off anywhere in downtown San Francisco. The cab driver granted the request and was paid $30 for his services. ALIOTO was not driven to a radio station. TEELE never came back to pick up ALIOTO.*

23. At approximately 1:45 p.m., TFA Mahon had his certified narcotic detection canine "Maximus" examine the currency. During a systematic search of the baggage claim area, Maximus alerted to the currency indicating the presence of narcotics, as witnessed by S/A Byrd.

24. Due to the totality of the circumstance, the currency was seized as possible proceeds of narcotic transactions or monies used in the furtherance of narcotic trafficking under Title 21 USC 881 (a) (6). Through training, experience and observations made by Law Enforcement Agents, prior criminal history, packaging of the currency in multiple bundles with rubber bands, no verification of the source of the bulk currency, a canine alert, Airline reservation made a day prior to travel, cash payment of airline ticket, nervous behavior, all leads to the probable cause that the currency seized were proceeds to narcotic trafficking.

**CUSTODY OF NON-DRUG EVIDENCE**

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

0012

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ███ | 2. G-DEP Identifier ███ |
|---|---|---|
| | 3. File Title ███ | |
| 4. Page 8 of 8 | | |
| 5. Program Code | 6. Date Prepared 05/30/07 | |

Exhibit N-1, $61,505.00 U.S. Currency, was seized by S/A Byrd and TFA Maes on May 30, 2007, at San Francisco International Airport. S/A Byrd and S/A Jay Dial transferred N-1 to the Bank of America located at SFIA, where it was converted into a Bank of America Cashier's Check #416552879, made payable to the U.S. Marshals Service. Denominations of the seized U.S. Currency were as follows:

```
    2040 x $20     = $ 40,800
    1798 x $10     = $ 17,980
     545 x  $5     = $  2,725
             Total   $ 61,505
```

S/A Dial subsequently transported the cashier's check #416552879 to the San Francisco Asset Removal Group for processing.

**INDEXING**

1. ALIOTO, Frank Joseph, Jr: ███
   Address: 1318 Rosario, Davis, CA 95616, W/M, DOB: 10/21/1977, Height: 5'11", Weight: 185 lbs., Hair: Brown, Eyes: Hazel, SSN: 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, CA DL #B6425646, Tel: 415-725-1174, FBI#: 971828WA8, CII#: CA10832856, GA2949148W, TX07554287, and SC01758727.

   ███ On May 30, 2007, $61,505.00 U.S. Currency was seized from ALIOTO's two luggage pieces at the San Francisco International Airport.

2. TEELE, Jonas Kikane: ███
   Address: ███

   ███ On May 30, 2007, $61,505.00 U.S. Currency was seized from ALIOTO's two luggage pieces at the San Francisco International Airport. TEELE arrived curbside in a 2006 BMW 750i with paper plates to pick-up ALIOTO. TEELE departed the location in the BMW after he was informed that ALIOTO was talking with agents.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**U.S. Department of Justice**
**Drug Enforcement Administration**

0013

(DO NOT USE FOR DRUG EVIDENCE)
**DISPOSITION OF NONDRUG EVIDENCE**

| 1. Date Prepared: 05-30-2007 | 2. Case No: [redacted] | 3. File Title: [redacted] | 4. GDEP #: [redacted] |
|---|---|---|---|

## PART I

5. The following exhibits in this case are no longer needed as evidence and will be:

☐ Returned to the rightful owner. _____
   Name and Address of Property Owner

☒ Transferred to another Agency or DEA office. U.S Marshal Service
   Name of Agency or other DEA Office

☐ Transferred to another inter-office DEA case. _____
   Identify New Case Number and Exhibit Number

☐ Placed into Title III Storage in accordance with (IAW) Title 18 USC § 2518(8)(a), Procedures for Interception of Wire, Oral, or Electronic Communications.
   Date of Court Order to Seal: _____

☐ Forfeited IAW Title 21 USC § 881(a), Disposition of Forfeited Property.
☐ Undergo Abandonment Proceedings IAW 41 CFR 128, Authorities and Responsibilities for Personal Property Management.
☐ Destroyed. If Title III, Date of Court Order to Destroy: _____
☐ Returned to originating case file.
☐ Returned to DEA Headquarters (Recovered Official Advanced Funds [OAF]).

| 6. Exhibit # | 7. Description | 8. Condition | 9. Estimated Value |
|---|---|---|---|
| N-1 | Bank of America cashiers check #416552879 in the amount of $61,505.00 made payable to the U.S Marshal's Service<br><br>CATS ID: 07-DEA-485114<br>FCN: 07-0248 | | 61,505.00 |

| 10a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: TFA Steve Maes | 11a. Type/Print Name of Supervisor: G/S John Martin |
|---|---|
| 10b. Signature and Date: [signature] 5-30-07 | 11b. Signature and Date: [signature] 05-30-2007 |

## PART II

The foregoing exhibits, described above, have undergone abandonment proceedings (see Section 6681.9 of the Agents Manual) and may be disposed IAW 41 CFR 128, Authorities and Responsibilities for Personal Property Management. A DEA-294a is attached to this document.

| 12a. Type/Print Name of Evidence Custodian: | 12b. Signature and Date: |
|---|---|

## PART III

13. On 6/13/2007 (Date), the foregoing exhibits were:

☐ Returned to rightful owner described in Part I.
☒ Transferred to Agency or other DEA Office described in Part I.
☐ Transferred to inter-office DEA case described in Part I.
☐ Placed into Title III Storage IAW Title 18 USC § 2518(8)(a).
☐ Forfeited IAW Title 21 USC § 881(a).
☐ Disposed of IAW 41 CFR 128.
☐ Destroyed.
☐ Returned to originating case file.
☐ Returned to DEA HQS (Recovered OAF).

| 14a. Type/Print Name of Custodian: Dan Jaime | 15a. Type/Print Name of Witness: | 16a. Type/Print Name of Recipient, if applicable: Kerry McDowell |
|---|---|---|
| 14b. Signature and Date: [signature] 6/13/07 | 15b. Signature and Date: | 16b. Signature and Date: [signature] 6/13/0 |

Copy 1 - Case File

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that, on 25 July 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Susan B. Gray CSB 100374
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
Susan.B.Gray@usdoj.gov


        S/DAVID M. MICHAEL
        DAVID M. MICHAEL