IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-5413 MMC |
| Plaintiff, | **ORDER SCHEDULING HEARING ON MOTION TO SUPPRESS** |
| v. | |
| APPROXIMATELY $61,505.00 IN UNITED STATES CURRENCY, | |
| Defendant. / | |
| FRANK JOSEPH ALIOTO, | |
| Claimant. / | |

Having previously taken under submission claimant Frank Joseph Alioto's motion to suppress, and having continued the Case Management Conference to January 16, 2009 in light of the pendency of said motion, the Court, upon further consideration of the papers filed in support of and in opposition to the motion, deems it appropriate to re-schedule the hearing thereon.

Accordingly, the parties shall appear on December 12, 2008 at 2:00 p.m., at which time the Court will conduct a hearing on claimant's motion to suppress.

**IT IS SO ORDERED.**

Dated: November 26, 2008

MAXINE M. CHESNEY
United States District Judge