JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.6748
    Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-5413 MMC |
|                Plaintiff, ) | |
|      v. ) | STIPULATED REQUEST TO CONTINUE |
| APPROXIMATELY $61,505 IN UNITED ) STATES CURRENCY, ) | SUPPRESSION HEARING AND ~~(PROPOSED)~~ ORDER |
|                Defendant. ) | |

    The United States, and Claimant Joseph Alioto, Jr, by and through his attorney, David. M. Michael, submit this joint request to continue the hearing on the claimant's motion to suppress currently scheduled in the above entitled case from December 12, 2008, to any of the dates suggested below, for the reasons set forth below.

    After consultation this afternoon, the parties agree that additional discussions between the parties may help to narrow the issues before the court and allow for stipulated facts which would lessen the court time necessary for the motion hearing. The parties request that the hearing be continued to any of the following dates, January 26, 27, 28, or 30, or February 3, 4 or 6.

///

1  In the alternative, if the court's calendar does not permit a 30 to 60 day extension the
2  parties agree to referral to a Magistrate Judge for the hearing and findings of fact and conclusions
3  of law.

4

5                                          Respectfully submitted,

6                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
7  Dated: December 11, 2008                     /S/
8                                          SUSAN B. GRAY
                                           Assistant United States Attorney
9

10 Dated: December 11, 2008                     /S/
11                                         DAVID. M. MICHAEL, ESQ.
                                           Attorney for Claimant Frank Joseph Alioto, Jr.
12

13

14
       GOOD CAUSE APPEARING, the hearing currently set for Claimant's Motion to
15                      hereby VACATED.  Counsel shall submit, no later than Thursday,
   Suppress on December 12, 2008, is ~~continued to~~                    , ~~2009~~.
16  December 18, 2008 at 5:00 p.m., a jointly-proposed supplemental briefing schedule and
                ~~IT IS SO ORDERED~~   hearing date.
17     IT IS SO ORDERED.
18     Dated: December 11, 2008             *[signature]*
19                                          MAXINE M. CHESNEY
20                                          United States District Judge

21

22

23

24

25

26

27

28

STIPULATION
No. 07-5413 MMC                              2