1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Acting Chief, Criminal Division

4  SUSAN  B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th Floor
6       San Francisco, CA 94102
        Telephone: 415.436.7324
7       Facsimile:  415.436.6748
        Email: Susan.B.Gray@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )
                                       )        No. 07-5413 MCC
15                    Plaintiff,       )
                                       )
16          v.                         )
                                       )        STIPULATED BRIEFING SCHEDULE FOR
17  APPROXIMATELY $61,505 IN UNITED    )             SUPPRESSION HEARING
    STATES CURRENCY,                   )          AND (PROPOSED) ORDER
18                                     )
                      Defendant.       )
19  _____)

20      Pursuant to the Court's Order of December 11, 2008, the United States, and Claimant Joseph

21  Alioto, Jr, by and through his attorney, David. M. Michael, submit this stipulated briefing and

22  hearing schedule for the Claimant's Motion to Suppress.

23      The United States shall file any additional declarations and opposition by January 16,

24  2009, and the Claimant shall file any declarations and response by February 6, 2009.  The parties

25  will file a stipulated statement of facts by February 13, 2009.

26      The parties request that the hearing be continued to any of the following dates,  February

27  23, 24, 25, 26, or March 2, 3, 4 or 5, 2009, at 2 p.m or at a time convenient for the Court.

28  //

    //

1

2        Respectfully submitted,

3        JOSEPH P. RUSSONIELLO
        United States Attorney

4
Dated: December 18, 2008   _____/s/_____

5        SUSAN B. GRAY
        Assistant United States Attorney

6

7
Dated: December 18, 2008   _____/s/_____

8        DAVID. M. MICHAEL, ESQ.
        Attorney for Claimant Frank Joseph Alioto, Jr.

9

10

11

12   GOOD CAUSE APPEARING, the Court adopts the following briefing schedule for the

Claimant's Motion to Suppress:

13   The United States shall  file any additional declarations and briefs by January 16, 2009,

14

15   The Claimant shall file any declarations and additional briefs by February 6, 2009.

   The parties shall file a stipulated statement of facts by February 13, 2009.

16
The hearing on Claimant's Motion to Suppress  is set for ___March 6___, 2009, at __9:00 a.m.__.

17

   IT IS SO ORDERED

18

19   Dated: December 23, 2008

20        _Maxine M. Chesney_

21        MAXINE M. CHESNEY
        United States District Judge

22

23

24

25

26

27

28