JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-7234
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>1.  APPROXIMATELY $61,505.00 IN )<br>UNITED STATES CURRENCY, and )<br><br>2.  APPROXIMATELY $34,320 IN )<br>UNITED STATES CURRENCY. )<br><br>Defendant. )<br>_____ )<br><br>FRANK JOSEPH ALIOTO, Jr., )<br><br>Claimant. )<br>_____ ) | Nos.  C-07-5413 MMC<br>C-08-0318 MMC<br>(Related Cases)<br><br>**STIPULATION VACATING CASE MANGEMENT CONFERENCES; [PROPOSED ORDER]** ORDER<br>**CONTINUING CASE MANAGEMENT CONFERENCE** |

    Plaintiff, United States of America and Claimant, Frank Joseph Alioto, Jr., respectfully submit this Stipulation to continue the Case Management Conferences in the above entitled related cases.  The Case Management Conferences are currently set for January 16, 2009. However, a Motion to Suppress in case number C-07-5413 is scheduled to be heard by this Court on March 6, 2009 at 9:00 a.m.

    In view of the pending hearing on the Motion to Suppress, the parties respectfully request that the Case Management Conferences, set for January 16, 2009, be vacated and a new date set at the conclusion of the March 6, 2009, hearing.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 29, 2008

SUSAN B. GRAY
Assistant United States Attorney

Dated: December 29, 2008

DAVID. M. MICHAEL, ESQ.
Attorney for Claimant, Frank Joseph Alioto, Jr.

**[PROPOSED] ORDER**

The Case Management Conferences in the above entitled cases, currently set for January 16, 2009, are hereby vacated and new conference dates will be set at the conclusion of the March 6, 2009, hearing.


IT IS SO ORDERED.


Dated: _____


_____
MAXINE M. CHESNEY
United States District Judge

1

2            Respectfully submitted,

3            JOSEPH P. RUSSONIELLO
             United States Attorney

4   Dated: December 29, 2008
                                            _____
5                                           SUSAN B. GRAY
                                            Assistant United States Attorney

6

7   Dated: December 29, 2008

8
                                            _____
9            DAVID M. MICHAEL, ESQ.
             Attorney for Claimant, Frank Joseph Alioto, Jr.

10                        [PROPOSED] ORDER

11       The Case Management Conferences in the above entitled cases, currently set for January 16,
                        continued to April 10, 2009.
12  2009, are hereby vacated and new conference dates will be set at the conclusion of the March 6,

13  2009, hearing.

14

15       IT IS SO ORDERED.

16

17  Dated: January 5, 2009
                         _____
18

19
                                            _____
20           MAXINE M. CHESNEY
             United States District Judge

21

22

23

24

25

26

27

28

Stipulation Vacating Case Management Conferences; [Proposed Order]                    -2-