IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-5413 MMC |
| Plaintiff, | **ORDER VACATING MARCH 6, 2009 HEARING** |
| v. | |
| APPROXIMATELY $61,505.00 IN UNITED STATES CURRENCY, | |
| Defendant, / | |
| FRANK JOSEPH ALIOTO, | |
| Claimant. / | |

The parties having informed the Court that they have reached a settlement of the above-titled action and that a Settlement Stipulation and [Proposed] Final Order of Forfeiture will be filed with the Court no later than March 10, 2009, and, in light thereof, having requested that claimant's motion to suppress "be taken off calendar" (see letter filed March 5, 2009), said motion is hereby deemed withdrawn without prejudice, and the hearing scheduled for March 6, 2009 at 2:00 p.m. is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 5, 2009

_____
MAXINE M. CHESNEY
United States District Judge